JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

Raner J. Faerber

**DEFENDANTS**

Superior Court of California County of Solano, Barbara S. Faerber and Does one through 20

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

BZ E-filing

ADR

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury—Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities – Other
☒ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus – Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 42 U.S.C. Section 1983, Title 28 U.s.c. Section 1446 & 1447

Brief description of cause:
Removal of case from State Court and civil Rights violations

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
**(PLACE AND "X" IN ONE BOX ONLY)**
☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE 08-11-08

SIGNATURE OF ATTORNEY OF RECORD

CV 08 3903



Rainer J. Faerber
P.O. Box 5271
Larkspur, California 94977

In Pro Se

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BZ

Rainer J. Faerber

Plaintiff,

vs.

Superior Court of California County of Solano, Barbara S. Faerber and Does 1 through 20 Inclusive.

Defendants.

CV 08 Case No. 3903

**CIVIL RIGHTS COMPLAINT SEEKING DECLARATORY INJUNCTIVE RELIEF AND PETITION FOR REMOVAL PURSUANT TO TITLE 42 U.S.C. § 1983 AND TITLE 28 U.S.C. § § 1446, 1447 AND 2201**

**JURISDICTION**

1. The jurisdiction of this Court is invoked pursuant to Title 28 U.S.C. Sections 1343, 1446, 1447, 2201 and Title 42 U.S.C. 1983.

**PARTIES**

2. Plaintiff Rainer J. Faerber, is father of a minor child ( Maxwell H Faerber), (5 years Old) and which is the subject matter of custody dispute in the Superior Court of California County of Solano, entitled Faerber vs Faerber case number FFL 091152.

**3. Plaintiff Rainer J Faerber, is a citizen of the Germany at all times mentioned herein.**

**4. Defendant Superior Court of California County of Solano is the Court in which the custody issue was filed and which is it still pending.**

**5. Defendant Barbara S. Faerber is the mother of the Maxwell H. Faerber and who has used the defendant Superior Court of California County of Solano in furtherance of plan to deprive plaintiff of his constitutional rights concerning the care, custody and control of Maxwell H. Faerber.**

## FIRST CAUSE OF ACTION
## VIOLATION OF PARENTAL RIGHTS
## VIOLATION OF DUE PROCESS OF LAW

**6. Defendant Superior Court of California County of Solano on July 10, 2007 entered a temporary order for supervised visitation between plaintiff Rainer J. Faerber and his minor son Maxwell for 90 minutes per week based upon Defendant Barbara S. Faerber's repeated knowingly false accusations of sexual abuse of his minor son.**

**7. Defendant Superior Court of California County Solano at all times has refused to hold a hearing for over one year which comports to Due Process of Law to address the illegal acts of Defendant Barbara S. Faerber who at all times has filed declarations into the defendant Court alleging sexual abuse of a minor in this case.**

**8. Plaintiff Rainer J. Faerber filed a motion on June 25, 2007, for a OSC based upon the Report of Child Protective Services County of Solano which asserted that the story concocted by defendant Barbara S. Faerber's reporting to a child psychologist that she (Barbara S. Faerber ) through that there was sexual abuse of the minor, was false and that the mother should seek counseling.**

**9. County Clerk set a hearing for Sept. 5, 2007 on the motion and at the hearing of Sept 5, 2007 the defendant Superior Court of California County of Solano took the matter off calender and refuses to hear the motion.**

**10. Defendant Superior Court of California County of Solano at all times has denied plaintiff Rainer J. Faerber access to court on determinations for custody in this case and there are no prospect for a fair trial on the merits on the issue of child custody of plaintiff's minor son.**

**11. Plaintiff has absolute right under the "Due Process of Law" to make decisions concerning the care, custody, and communication with his minor son which both defendants refuse to provide.**

**12. Defendant Superior Court of California County Solano has refused to permit plaintiff Rainer Faerber to hear any motions regarding custody issues and plaintiff does not even know were his son is living, which school he is attending and even if he is attending school, nor does plaintiff now where his minor son is being treated medically and the Defendant Superior Court refuses to order defendant Barbara Faerber to comply with California Statutory Law in this regard.**

**13. Defendant Superior Court California County Solano has entered an order without a hearing or any means to contest the erroneous of said order regarding plaintiff's custody rights.**

**14. Defendants order which is classified as temporary in reality there absolutely no prospect for any hearing on the merits to change said order as the State of California at all times refused to address the issues via a Writ of Mandate leaving the only remedy that plaintiff Rainer J. Faerber has is this Civil Rights complaint seeking injunctive and declaratory relief**

**as the Superior Court of California County Solano refuses to hear any all motions made by plaintiff Rainer J. Faerber.**

**SECOND CAUSE OF ACTION**
**DECLARATORY RELIEF**
**PURSUANT TO TITLE 28 U.S.C. § 2201**

**15. Plaintiff Rainer J. Faerber herein realleges paragraphs 1-14 of the first cause of action into this second cause of action.**

**16. An actual controversy has arisen and now exists between plaintiff Rainer J. Faerber and defendants Superior Court of California , County of Solano and Barbara S Faerber concerning their respective rights and duties in that plaintiff contends that he has rights to the car, custody and management of his son and that the Defendant Superior Court of California County Solano has at all times mentioned herein refuses to hold a hearing on the issue of custody on plaintiff Rainer J. Faerber's motion's filed on June 25, 2007 and that the Defendant Superior Court of California County of Solano has issued a temporary Order of supervised visitation and has kept it in place without any hearing in violation of plaintiff Rainer J Faerber's rights.**

**17. Plaintiff Rainer J. Faerber desires a judicial determination of his rights and duties to custody of his minor son and to management of minor son care, and communication with his minor son all of which the defendants refuse to provide and block at all times.**

**18. A judicial declaration is necessary and appropriate at this time under the circumstances in order that plaintiff may obtain custody rights, as well as the right to make decisions concerning the schooling of plaintiff's minor son, his medical needs and treatment and the right to communicate with plaintiff's minor son all of which defendants have are refusing to provide and done without any hearings.**

**19. Plaintiff Rainer J. Faerber has exhausted all State remedies in State Court has the California State Supreme Court denied any and all relief and permits defendants to proceed without any prospect for any relief on these issues as no appeal lies from a temporary order and the defendant Court refuses to hold a hearing on the issue.**

**20. Plaintiff Rainer J. Faerber has never received a fair hearing before Commissioner David Haet who refuses to address the CPS report submitted by plaintiff Rainer J. Faerber to the Superior Court of California County of Solano and will not respond to any issues or arguments and in fact Commissioner David Haet has even stated that plaintiff cannot file any motions into his court on any issues and as such plaintiff has no opportunity to have any hearing on the merits by a fair and impartial judge in this case as Commissioner refuses to disqualify himself.**

**THIRD CAUSE OF ACTION**
**PETITION FOR REMOVAL**
**PURSUANT TO TITLE 28 U.S.C. §§ 1446 & 1447**

**21. Plaintiff Rainer J. Faerber, realleges paragraph 1-14 in his first cause of action into this third cause of action for removal.**

**22. Plaintiff Rainer J. Faerber, realleges paragraph 15-21 in his second cause of action into this third cause of action for removal.**

**23. This case is removable based upon the citizenship of plaintiff Rainer J. Faerber as being a citizen of Germany as well as that plaintiff Rainer J. Faerber has no prospect of ever obtaining a fair and impartial determination on the merits in this case regarding the custody and control of the management of his minor son or even meaningful communication with him.**

**24. Defendant Superior Court of California County of Solano at all times has never adjudicated any hearing regarding plaintiff's rights to custody on the merits of plaintiff's son**

**and at all times refuses to do so even through plaintiff requested aid court to do so.**

**25. Plaintiff Rainer J. Faerber as a citizen of the Germany seeks removal of the pending case into this Court so that a determination can be made on the merits of plaintiff's rights to custody of his minor son and also the right to manage the care of plaintiff's son.**

**WHEREFORE, plaintiff requests judgment as follows**

**1. For an injunction prohibiting defendant Superior Court from proceeding in any matters in this case as all orders issued to date were done without any hearings and were not conducted by a fair and impartial hearing officer in violation of Due Process of Law.**

**2. For a declaration of plaintiff's rights to have a custody hearing which purports to "Due Process of Law" and fast and speedy determination.**

**3. For removal of the Superior Court of California County Solano Action entitled Barbara S. Faerber vs Rainer J. Faerber action case no. FFL091152 and consolidated with this case.**

**Dated August 11, 2008**

**Rainer J. Faerber**