E-filing

**FILED**
08 AUG 15 AM 10: ??
RICHARD W. ...
CLERK, U.S. DIST...
NORTHERN DI...

BZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rainer J. Faerber ) | |
| ) | CV 08    3903 |
| Plaintiff, ) | CASE NO. |
| ) | |
| vs. ) | APPLICATION TO PROCEED |
| Superior Court of California, County of Solano, ) | **IN FORMA PAUPERIS** |
| Barbara S Faerber and does 1 through 20 inclusive ) | (Non-prisoner cases only) |
| ) | |
| Defendant. ) | |

I, Raner J. Faerber_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                         Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.
2 _____
3 _____
4 _____
5 2.   Have you received, within the past twelve (12) months, any money from any of the
6 following sources:
7      a.   Business, Profession or            Yes ___ No ✓
8           self employment?
9      b.   Income from stocks, bonds,         Yes ___ No ✓
10          or royalties?
11     c.   Rent payments?                     Yes ___ No ✓
12     d.   Pensions, annuities, or            Yes ___ No ✓
13          life insurance payments?
14     e.   Federal or State welfare payments, Yes ✗ No ___
15          Social Security or other govern-
16          ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19      FOOD STAMPS_____
20 _____
21 3.   Are you married?                       Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

-2-


1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.    Do you own or are you buying a home?    Yes ____ No __✓__
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.    Do you own an automobile?              Yes ____ No ____
7  Make _Mecury_____ Year _1998_____ Model _Grand Marcy_____
8  Is it financed? Yes _____ No __✓__ If so, Total due: $_____
9  Monthly Payment: $_____
10 7.    Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _Bank of the West_____
12 _____
13 Present balance(s): $ _- $60.00_____
14 Do you own any cash? Yes ____ No ____ Amount: $_____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                              Yes ____ No __✓__
17 _____
18 8.    What are your monthly expenses?
19 Rent: $ _650.00_____ Utilities: _—_____
20 Food: $ _300.00_____ Clothing: _—_____
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 none                   $_____            $_____
24 none                   $_____            $_____
25 none                   $_____            $_____
26 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___   No ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6
7
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11  08-11-08
12      DATE                                    SIGNATURE OF APPLICANT