Rainer J. Faerber
P.O. Box 5271
Larkspur, California 94977

In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rainer J. Faerber,

    Plaintiff

vs.

Solano County Superior Court
Barbara S Faerber and Does 1
through 20 inclusive,

    Defendants.

CASE NO. CV 08-3903

DECLARATION IN SUPPORT OF PRELIMINARY INJUNCTION ENJOINING PLAINTIFF FROM FURTHER PROCEEDINGS IN STATE COURT PURSUANT TO TITLE 28 U.S.C. SECTION 1446 (D) AND FED. R. CIVIL PROCEDURE 65

I declare as follows:

1. That I am the plaintiff in the civil rights complaint in the above entitled case and if called to testify I can do so based upon first hand personal knowledge.

2. That I filed a civil rights complaint in this case based upon the totla refusal of the Solano County Superior Court to provide me with timely notice and my rights to Due Process of Law.

3That at no time has the Solano County Superior Court allowed me to have my hearing heard on the merits of my motion against Barbara S. Fareber for knowingly making a false accusation of child abuse in the order to obtain a supervised visitation order .

4. That the Superior Court of Solano County at all times has refused to hold any hearing on the merits and refuses me access to Court on all issues.

5. That I have no access to Court to enforce my rights to contest the issue of custody, and manage the my son's needs.

6. That Solano County Superior Court , Commissioner David Haet has refused to and toald me in open court that I am not permitted to contest any of his orders.

7. Unless Solano County Superior Court are enjoined from further proceedings in case number FFL 091152 then I will suffer and continue to suffer emotional distress and irreparable injury from the cintued untoward ways of said state Court illegal acts.

I declare under penalty of perjury under the laws of the State of California that all of the forgoing is true and correct.

Dated Aug. 14, 2008

at Larkspur, California

Rainer J. Faerber