1  Rainer J Faerber
   P.O. Box 5271
2  Larkspur, California 94977

3

4  In Pro Se

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  RAINER J
    Faerber

12        Plaintiff,                    Sct No. FFL 091152

13        vs                            NOTICE OF REMOVAL OF ACTION

14  BARBARA
    Faerber,
    SOLANO COUNTY
15  SUPERIOR Defendant.
    COURT

16

17        TO: The Honorable Judges of the United States District Court for the Northern District of

18  California :

19        Removing party, Rainer J. Faerber, in Pro Se in the above entitled action respectfully shows

20  this Court.

21        1. Removing party in the above entitled action is the defendant in the Solano County Superior

22  Court entitled Barbara S. Faerber vs Rainer J. Faerber.

23        2. Defendant Rainer J. Faerber has filed a action in this Court which is a separate and

24  independent claim and cause of action within the Jurisdiction conferred by Section 1331 of Title 28

25  U.S.C .which permits the Solano County Superior Court to be removed, pursuant to Section 1441

26  (b) ( c ) of Title 28 U.S.C..

27        3. This court has jurisdiction over the subject matter of parental rights of defendant Rainer

28  J. Faerber' s minor son.

    Notice of Removal

1    4. Defendant Rainer J. Faerber is a citizens of Germany entitling removal of the action..

2    5. This Court has jurisdiction over the subject matter pursuant to Title 28 U.S.C. Section

3    1441 (b) & ( c ) .

4    6. A copy of all process has been attached as Exhibit 1 and filed with this notice.

5    Wherefore, removing party prays that the above entitled action be removed from the

6    Solano County Superior Court to this Court.

7

8    Dated August 14, 2008

9    Rainer J. Faerber

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

| Attorney or Party Without Attorney (Name, Address, Telephone, Fax, State Bar No.) | **FILED**<br>Clerk of the Superior Court |
|---|---|
| | JUL 1 0 2007 |
| | LINDA G. ASHCRAFT |
| Attorney for:_____<br>Designate Party and Name | By_____<br>DEPUTY CLERK |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO<br>600 Union Avenue/ P. O. Cellar 5000   □ 321 Tuolumne Street<br>Fairfield, CA 94533                       Vallejo, CA 94590 | **SUPERVISED VISITATION /<br>SUPERVISED EXCHANGE ORDER** |
|---|---|
| PETITIONER/PLAINTIFF: Barbara S. Faerber<br>and<br>RESPONDENT/DEFENDANT: Rainer J. Faerber | Case Number: FFL091152<br>Hearing Date: 6-27-07<br>Department:  20 |

□ Evidence having been presented, or □ a prima facie case having been made, and pursuant to Family Code §3100, the Court finds that the best interest of the child(ren) requires that visitation / exchange be supervised.

**THE COURT MAKES THE FOLLOWING ORDERS:**
(If before trial, these orders are without prejudice pending further hearing/trial)

1. The child(ren) who is/are the subject of this order is/are:

| Name: | Birthdate: | Age: | Sex: |
|---|---|---|---|
| Maxwell H. Faerber | 2-12-03 | 4 | Male |

2a. ☒ The parent who shall have supervised visitation with the above named child(ren) is:

    <u>Rainer J. Faerber</u>    <u>Father</u>
    (Name)        (Relationship to Child(ren))

2b. □ Mother and Father shall have supervised exchanges with the child(ren).

3. **Supervision shall be provided by:**

   □ Non-Professional Supervisor:_____
                      (Name)
   Address:_____
   Phone Number:_____

   □ Professional Supervision Facility:

       □ The parties are ordered to contact the Facility within ____ days.

       □ The parties are ordered to cooperate with intake procedures.

       □ A report of attendance, compliance with facility procedures and/or assessment of supervised visitation/exchange shall be provided to the Court.

       Name of Facility:_____
       Address:_____
       Phone Number:_____

SUPERVISED VISITATION ORDER

20

[X] Visitations Plus (Rainbow Children's Center)
600 Merchant Street, Vacaville and 308 Tuolumne Street, Vallejo   (707) 448-0924

[ ] The parties are ordered to contact the Facility within ____ days.

[X] The parties are ordered to cooperate with Intake procedures.

[ ] Both parties are ordered to complete the Parents Group Program, consisting of 6 meetings as recommended by Visitations Plus.

[ ] A report of attendance, compliance with facility procedures and/or assessment of supervised visitation/exchange shall be provided to the Court.

[ ] Petitioner/Plaintiff [ ] Respondent/Defendant [ ] Exchange Facility shall provide a copy of the Attendance Report to the Court.

[ ] Supervised exchanges [X] Supervised visitation shall occur on the following days and times:

[X] According to the availability of the Non-Professional Supervisor and the schedules of the parties.

[X] According to the availability of the Professional Facility and the schedules of the parties.

[X] Days and Times: _Sundays, between 10:00 a.m. and 6:00 p.m. if possible_

[ ] The Court reserves jurisdiction to set days and times in the event the parties are unable to agree.

Payment to the Professional Facility shall be made by:

[ ] Petitioner ____ % [X] Respondent _100_ %.

[ ] The Court reserves jurisdiction to reapportion the costs.

Other Orders: _Each party shall pay their own orientation fees._

Date: _7-10-07_

_____
Judicial Officer

frm #306  8/02

21