IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINER FAERBER,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>    Defendant.                     / | No. C 08-03903 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

     Plaintiff seeks injunctive and declaratory relief under 42 U.S.C. section 1983 against the Solano County Superior Court and the mother of plaintiff's child arising from child custody proceedings. Plaintiff contends that he has not been allowed to put on a defense and that the mother of his child has made false accusations against him.

     This case was originally assigned to a Magistrate Judge. The Magistrate Judge granted plaintiff's application to proceeding *in forma pauperis* and then dismissed the complaint for failure to state a claim with leave to amend. Dec. 4, 2008 Order (Docket No. 9). Plaintiff filed an amended complaint which the Magistrate Judge reviewed; the court concluded that the complaint still failed to state a claim for a federal court proceeding. As plaintiff had not consented to the jurisdiction of the Magistrate Judge, the Magistrate Judge issued a Report and Recommendation recommending that this Court dismiss plaintiff's complaint. January 12, 2008 Report and Recommendation (Docket No. 12).

1   The Court has reviewed the Magistrate Judge's Orders, plaintiff's complaint, and
2   plaintiff's opposition to the Report and Recommendation and ADOPTS the Magistrate
3   Judge's recommendation in full. Plaintiff's complaint does not state any viable claims for
4   the reasons stated by the Magistrate Judge in his December 4, 2008 Order. Accordingly,
5   plaintiff's complaint is DISMISSED.

6   **IT IS SO ORDERED.**

7   Dated: February 4, 2009



8   CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE